IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

GEORGE CUSTINS                    :
                                  : C.A. No.
        v.                        :
SHERWIN DREW DUCKETT and          :
DUCKETT'S TRANSPORT, INC.         :

**DEFENDANT'S RULE 7.1 DISCLOSURE**

Defendant, Duckett's Transport, Inc., by and through its attorneys, Rawle & Henderson LLP, submits the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Duckett's Transport, Inc, (a non-governmental corporate party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: NONE.

RAWLE & HENDERSON LLP

By: _____
    Delia A. Clark (DAC #3337)
    Attorneys for Defendants, Sherwin Drew Duckett
    and Duckett Transport, Inc.
    300 Delaware Avenue, Ste. 1015
    Wilmington, DE 19801
    (302) 778-1200

2542823-1

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within-captioned 7.1 Disclosure was served via first-class mail, postage prepaid, on counsel for plaintiff listed below:

Michael J. Malkiewicz
Barros, McNamara, Malkiewicz & Taylor
2 West Lockerman Street
Dover, DE  19903

RAWLE & HENDERSON LLP

_____
Delia A. Clark

Dated: August 26, 2008

2542823-1